UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAMES CARNELL EPPES,

        Petitioner,

v.

THOMAS MACKIE,

        Respondent.
_____/

Case No. 1:17-cv-599

Honorable Paul L. Maloney

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 21, 2017

        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge