UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

JAMES CARNELL EPPES,

        Petitioner,

v.

THOMAS MACKIE,

        Respondent.

_____/

Case No. 1:17-cv-599

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: August 21, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge